UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD CUESTAS,

                                Plaintiff,

        v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                                Defendant.

Case No. 3:11-cv-05480-RJB-KLS

ORDER

        The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

recommendation, if any, and the remaining record, does hereby find and ORDER:

    (1)    the Court adopts the Report and Recommendation;

    (2)    the ALJ erred in her decision as described in the Report and Recommendation;

    (3)    the matter is therefore REVERSED and remanded to the Commissioner for further

           administrative proceedings; and

    (4)    the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

           counsel and Magistrate Judge Karen L. Strombom.

        DATED this 30th day of April, 2012.


                                ROBERT J. BRYAN
                                United States District Judge

ORDER - 1